

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00397-CV

| | | |
|---|---|---|
| JUDY DELAGARZA AND THOMAS M. DELAGARZA, Appellants | § | On Appeal from the 367th District Court |
| | § | |
| V. | | of Denton County (14-04892-367) |
| | § | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST, Appellee | § | January 14, 2021 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth